

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2022

No. 04-22-00312-CV

**IN THE INTEREST OF M.R.P.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00799
Honorable Kimberly Burley, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due June 2, 2022 but was not filed. On June 3, 2022, this court notified the court reporter by letter that the reporter's record was late and instructed the court reporter to file the record by June 13, 2022. As of the date of this order, the record has not been filed. Accordingly, we **ORDER** the court reporter to file the reporter's record **by June 27, 2022**. *See* TEX. R. APP. P. 35.3(c).

In the unforeseen event that the court reporter does not comply with this order, we may be required to initiate contempt proceedings.

It is so **ORDERED** on this 15th day of June, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court